AO 450 (Rev. 5/85)

# United States District Court

EASTERN DISTRICT OF NORTH CAROLINA
**NORTHERN DIVISION**

| | |
|---|---|
| LAWRENCE BRADLEY,<br>   Plaintiff,<br><br>v.<br><br><br>CAROLYN COLVIN,<br>Acting Commissioner of the Social<br>Security Administration,<br>   Defendant. | )<br>)<br>)<br>)<br>)<br>) **JUDGMENT IN A CIVIL CASE**<br>) **CASE NO. 2:12-CV-38-D**<br>)<br>)<br>)<br>) |

Decision by the Court:

   **IT IS ORDERED AND ADJUDGED** that the Consent Motion to Remand [D.E. 28] is GRANTED. The Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and REMANDS the case to the Commissioner for further proceedings.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **June 28, 2013,** WITH A COPY TO:

Lawrence Wittenberg  (via CM/ECF Notice of Electronic Filing)
Michael A. Haar  (via CM/ECF Notice of Electronic Filing)


June 28, 2013                     JULIE A. RICHARDS, Clerk
Date                           Eastern District of North Carolina

                            /s/Debby Sawyer
                            (By) Deputy Clerk

Raleigh, North Carolina