IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
No. 2:12-CV-38-D
Northern Division

LAWRENCE BRADLEY,
         Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,
         Defendant.

ORDER

This is a Social Security case in which a judgment and order were entered reversing the Commissioner's Decision and remanding the case. The Plaintiff has moved for attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $5,250.00.

On the basis of Plaintiff's motion and supporting documents, IT IS ORDERED that the Commissioner of Social Security pay $5,250.00 in attorney's fees in full satisfaction of any claim for fees, costs, and other expenses pursuant to EAJA.

SO ORDER. This 9 day of August 2013.

JAMES C. DEVER III
Chief United States District Judge